UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IVETTE JIMENEZ-CARRILLO,

      Plaintiff,                               CASE NO.: 12-21522-CIV-UNGARO

v.

AUTOPART INTERNATIONAL, INC.,
& ARI FLEET LT,

      Defendants.

_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Ivette Jimenez-Carrillo and Defendants Autopart International, Inc. and ARI Fleet LT, hereby stipulate and agree to entry of the attached Final Order of Dismissal with Prejudice, and that the claims of Ivette Jimenez-Carrillo against Defendants Autopart International, Inc. and ARI Fleet LT be dismissed with prejudice, each party to bear its own attorneys' fees and costs, if any.

| | |
|---|---|
| /s/ Marcus J. Susen | /s/ Emmet J. Schwartzman |
| MARCUS J. SUSEN | EMMET J. SCHWARTZMAN |
| Florida Bar No.: 70789 | Florida Bar No.:  710490 |
| E-Mail: susen@kpwlaw.com | E-Mail: eschwartzman@carltonfields.com |
| KOCH PARAFINCZUK & WOLF, P.A. | CARLTON FIELDS, P.A. |
| 110 East Broward Boulevard | 100 S.E. 2nd Street, Suite 4200 |
| Suite 1630 | Miami, Florida  33131-9101 |
| Fort Lauderdale, Florida 33301 | Telephone:  (305) 530-0050 |
| Telephone (954) 462-6700 | Facsimile:  (305) 530-0055 |
| Facsimile (954) 462-6567 | *Attorneys for Autopart International, Inc. and* |
| *Attorneys for Plaintiff Ivette Jimenez-Carrillo* | *ARI Fleet LT* |

CASE NO.: 12-21522-CIV-UNGARO

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 18, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Marcus J. Susen, Koch, Parafinczuk & Wolf, P.A., 110 E. Broward Blvd., Suite 1630, Ft. Lauderdale, FL 33301 via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Emmet J. Schwartzman
EMMET J. SCHWARTZMAN